IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON FRAZIER,<br><br>    Plaintiff,<br><br>v.<br><br>ENOCH GEORGE, sheriff of Maury County,<br>LT. DEBRA WAGONSHUTZ, FLOYD SEALY,<br>a nurse, MAURY REGIONAL MEDICAL<br>CENTER, ABL MANAGEMENT, INC., and<br>GENELLA POTTER,<br><br>    Defendants. | Case No. 1:12-cv-0128<br>Chief Judge Haynes |

## ORDER

Before the Court is Plaintiff's motion to amend case management order to extend deadlines for discovery and consolidate related actions for trial (Docket Entry No. 36). Plaintiff seeks an order extending all discovery-related deadlines in this action by ninety (90) days, and consolidating this action with five (5) related actions for trial. Plaintiff's motion (Docket Entry No. 36) is **GRANTED in part** and **DENIED in part,** as follows.

All discovery-related deadlines in this action are **EXTENDED** by ninety (90) days to allow Plaintiff's counsel adequate time to review the voluminous documentary discovery produced by Defendants. Plaintiff's motion to consolidate this action with the five (5) related actions is **DENIED**, but this action and all related actions are set for jury trial on **Tuesday July 1, 2014 at 9:00 a.m.** in the United States Courthouse in Columbia, Tennessee. The final pretrial conference in this action and all related actions shall be held on **Monday June 16, 2014 at 3:00 p.m.** in the United States Courthouse in Columbia, Tennessee.

It is so **ORDERED.**

**ENTERED** this the 29th day of January, 2014.

　　　　　　　　　　_____
　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　Chief Judge
　　　　　　　　　　United States District Court