IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| BRANDON FRAZIER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:12-cv-0128 |
| ) | |
| ENOCH GEORGE, Sheriff of Maury ) | JUDGE HAYNES |
| County, LT. DEBRA WAGONSHUTZ, ) | JURY DEMAND |
| FLOYD SEALEY, MAURY REGIONAL ) | |
| MEDICAL CENTER, ABL ) | |
| MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION FOR ORDER FOR RELEASE AND PROTECTION OF PLAINTIFF'S MEDICAL RECORDS

Come now Defendants ABL Management, Inc. and Genella Potter, by and through counsel, and hereby move this Court to enter an Order allowing them to obtain Plaintiff's medical records in the above-referenced matter. Specifically, Defendants request that this Court enter the Order that is attached to this Motion as **Exhibit 1**. Defendants need access to Plaintiff's medical records to properly prepare their defense in this case.

**WHEREFORE,** Defendants request that this Court enter the attached Order for Release and Protection of Plaintiff's medical records.

1

N:\Docs\001005\026410\03159556.DOC
Case 1:12-cv-00128   Document 42   Filed 02/19/14   Page 1 of 3 PageID #: 164