IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | | |
|---|---|---|
| BRANDON FRAZIER, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:12-cv-0128 |
| ENOCH GEORGE, Sheriff of Maury County, LT. DEBRA WAGONSHUTZ, FLOYD SEALEY, MAURY REGIONAL MEDICAL CENTER, ABL MANAGEMENT, INC., and GENELLA POTTER, | ) ) ) ) ) ) | JUDGE HAYNES JURY DEMAND |
| Defendants. | ) | |

*[Handwritten annotation: This motion is unopposed and granted. Plaintiff has 20 days to respond to mere discovery requests on risk of dismissal of this action. /s/ [illegible] 3-10-14]*

## DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

Come now Defendants ABL Management, Inc. and Genella Potter, (hereinafter "Defendants"), by and through counsel, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 37(a), and move the Court to compel Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production of Documents. In support of this Motion, Defendants rely upon the First Set of Written Discovery propounded by Defendants to Plaintiff on January 2, 2014, attached hereto as **Exhibit 1**; the February 3, 2014 letter from Paul Brewer to Gene Hallworth, attached hereto as **Exhibit 2**; and the letter from Paul Brewer to Gene Hallworth of February 11, 2014, attached hereto as **Exhibit 3**. Defendants also rely upon the Memorandum of Law and Statement Certifying Good Faith Effort to Resolve Discovery Dispute, which are filed contemporaneously herewith and incorporated herein by reference.

**WHEREFORE**, Defendants request that this Court compel Plaintiff to respond fully to the

1