IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | | |
|---|---|---|
| BRANDON FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-0128 |
| | ) | |
| ENOCH GEORGE, Sheriff of Maury | ) | JUDGE HAYNES |
| County, LT. DEBRA WAGONSHUTZ, | ) | JURY DEMAND |
| FLOYD SEALEY, MAURY REGIONAL | ) | |
| MEDICAL CENTER, ABL | ) | |
| MANAGEMENT, INC., and | ) | |
| GENELLA POTTER, | ) | |
| | ) | |
| Defendants. | ) | |

*[Handwritten note: This motion is GRANTED, but the Order is REAFFIRMED. The duty to preserve relevant evidence arises from the date that the party is on notice of the claim until the litigation concludes. Corporate policy does not alter litigation hold obligations. Order federal law. [signature] 5-16-14]*

**DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S
MOTION TO RECONSIDER AND/OR CLARIFY THE COURT'S ORDER GRANTING
PLAINTIFF'S MOTION TO ORDER DEFENDANTS ABL MANAGEMENT, INC.
AND GENELLA POTTER NOT TO DESTROY PRODUCTION RECORDS**

Come now Defendants ABL Management, Inc. and Genella Potter, by and through counsel, pursuant to LOCAL RULE 7.01(b), and hereby move the Court to reconsider or clarify its Order granting Plaintiff's Motion to Order Defendants ABL Management, Inc. and Genella Potter not to destroy Production Records. In support of their Motion, Defendants state the following:

### INTRODUCTION

This is a 42 U.S.C. § 1983 lawsuit brought by Plaintiff against Defendants ABL Management, Inc. and Genella Potter (hereinafter "Defendants") and others at the Maury County Jail arising out of Plaintiff's "conditions of confinement" claims related to Plaintiff's incarceration at the Maury County Jail between June 2, 2011 to March 27, 2013. Plaintiff has

1

N:\Docs\001005\026410\03265350.DOCX

Case 1:12-cv-00128  Document 67  Filed 04/22/14  Page 1 of 6 PageID #: 514