IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON FRAZIER,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )   NO: 1:12-cv-0128<br>)   Judge Haynes<br>)   JURY DEMAND |
| ENOCH GEORGE, sheriff of Maury County<br>LT. DEBRA WAGONSHUTZ,<br>FLOYD SEALEY,<br>MAURY REGIONAL MEDICAL<br>CENTER, ABL MANAGEMENT, INC,<br>and GENELLA POTTER, | )<br>)<br>)<br>)<br>)<br>) |
|     Defendants. | )<br>) |

## MOTION TO SEAL MEDICAL RECORDS

Comes plaintiff Brandon Frazier, and moves to seal First Stop Medical Records, *Exhibit 2, to Memorandum to exclude Andre Hayes M.D.*

Respectfully Submitted,

/s/ Gene Hallworth
GENE HALLWORTH
BPR # 4051
ATTORNEY FOR PLAINTIFF
P.O. Box 938
Columbia TN, 38402
hallworthg@aol.com
(931)381-9900
(931)381-0788 fax

Page 1 of 2

Case 1:12-cv-00128 Document 107 Filed 08/26/14 Page 1 of 2 PageID #: 1420