IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON CURTIS FRAZIER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-00128 |
| | ) Chief Judge Haynes |
| ENOCH GEORGE, et al., | ) |
| Defendants. | ) |

**ORDER**

On September 2, 2014, the Court entered an Order (Docket Entry No. 116) on the status of related actions with counsel for Plaintiffs that contain claims common to pro se actions against common Defendants arising out of the conditions of confinement at the Maury County jail. Certain pro se actions were previously stayed, and case management orders were entered in actions in which the Plaintiffs are represented by counsel. The Court listed the following lead actions that are set for trial on October 7, 2014.: Germontric Driver v. Enoch George, et al., 1:12-0054; Larry McGuire v. Enoch George, et al., 1:12-0082; Justin Mack McKennon, Andre Eugene Stephens v. Enoch George, et al., 1:12-0095; and James Andrew Wall v. Enoch George, et al., 1:12-0118.

The Court mistakenly listed this action as a stayed pro se action, but the Court lifted the stay in this action on November 12, 2013. (Docket Entry No. 21, Order). Accordingly, the Court's Order (Docket Entry No. 116) is amended insofar as to include this action with the other lead actions that are set for trial on October 7, 2014.

It is so **ORDERED**.

**ENTERED** this the ____ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court