IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-00128 |
| v. ) | Chief Judge Haynes |
| ) | |
| ENOCH GEORGE, individually and in his ) | |
| official capacity as sheriff of Maury County, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's motion to exclude the testimony of Defendants' expert Andrea Hayes, M.D. (Docket Entry No. 106).[1]

For the reasons stated in the Court's Order denying Plaintiffs' motions to exclude Dr. Hayes in the related action of Justin McKennon and Andre Stephens v. Enoch George, et al., 1:12-cv-00095, the Court concludes that Dr. Hayes' anticipated testimony sufficiently complies with the admissibility requirements contained in Rule 702. Accordingly, Plaintiff's motion to exclude the testimony of Andrea Hayes (Docket Entry No. 106) is **DENIED**.

It is so **ORDERED**.

---

[1] The Court notes that Plaintiff's motion indicates that it is brought by Plaintiff Larry McGuire. Mr. McGuire is a plaintiff in a related action (No. 1:12-cv-00082), in which a virtually identical motion to exclude Dr. Hayes was filed. The Court interprets the reference to Mr. McGuire in the pending motion as a mere scrivener's error, and will consider the motion properly brought by Plaintiff Frazier.

**ENTERED** this the 10th day of September, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court